UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

RUSSELL ALEXANDER

       Plaintiff,

    v.                                Case No: 25-CV-1001

ATI FORGED PRODUCTS, a div. of
ALLEGHENY TECHNOLOGIES INCORPORATED

       Defendant.

---

**PLAINTIFF'S EMERGENCY MOTION TO
EXTEND TIME FOR PAYMENT OF DEPOSITION COSTS**

---

PLAINTIFF HEREBY MOVES the Court in emergency fashion to extend the time for payment of defense deposition costs from June 4 to June 8, 2026. The Declaration of Janet L. Heins dated June 7, 2026 with Exhibits A-E is attached to and incorporated into this motion.

Pursuant to the Court's Text Only Order dated May 15, 2026, the deadline for payment of costs for Plaintiff's missed deposition was due June 4, 2026. Plaintiff's counsel missed this payment deadline inadvertently due to a confluence of major personal events that distracted her from calendaring and thus paying the money owed to opposing counsel to avoid court sanctions, as described in the Heins Declaration. These events included a major asthma attack, the sudden demise of and lengthy repairs to her laptop computer, an extended 10-day stay from her special needs son who needs constant supervision, and a very emotional sale of her family farm.

During all of this time, Plaintiff's counsel did not realize that she had neglected to calendar the due date for the important payment in this case. When she first realized her error yesterday, she

immediately began making preparations for this motion and declaration. She is delivering a check in payment of the costs to defense counsel tomorrow, as noted in her Declaration & Exhibit E.

Plaintiff asks that this Court extend the deadline for payment of the missed deposition costs to tomorrow, Jun 8, 2026, for good cause shown, so that his counsel's payment may be considered timely and he may avoid dismissal of this case.

Dated this 7th day of June, 2026.

HEINS EMPLOYMENT LAW PRACTICE LLC
Counsel for the Plaintiff

By:____*s/ Janet L. Heins*_____
Janet L. Heins, State Bar No. 1000677

HEINS EMPLOYMENT LAW PRACTICE LLC
200 South Executive Drive, Suite 101
Brookfield, WI  53005
(262) 241-8444 voice
e-mail: jheins@heinslawoffice.com

2