UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

RUSSELL ALEXANDER

        Plaintiff,

    v.                            Case No: 25-CV-1001

ATI FORGED PRODUCTS, a div. of
ALLEGHENY TECHNOLOGIES INCORPORATED

        Defendant.

## PLAINTIFF'S RESPONSE TO DEFENDANT'S
## EXPEDITED MOTION TO COMPEL AND FOR SANCTIONS

Plaintiff hereby responds to Defendant's motion to compel discovery and for sanctions. The Heins Declaration 2 of this date with Exhibits A - C is made a part of this response as well.

Despite logistical challenges and communications issues in obtaining responsive information from Plaintiff, and document production comprising more than 4,500 pages of responsive documents, Plaintiff's counsel has now served on defense counsel responses to Defendant's first and second set of discovery requests and updated the medical authorizations previously provided. See Exhibit C to the Heins Declaration 2. All outstanding issues have been addressed and the motion is now moot.

Defendant comes to this Court with unclean hands as well. Plaintiff's counsel communicated her desire to reset the Plaintiff's deposition but was met instead with Defendant's refusal to do so and insistence on filing additional motions before the Court. Heins Declaration, Exhibit B, attached. Additionally, Plaintiff missed his (unilaterally noticed) deposition dates because (1) we didn't receive the first notice; (2) Plaintiff's counsel's special needs son was home sick from school, and she paid

Defendant's costs; and (3) Plaintiff's counsel had an asthma attack on the third date, had to visit urgent care, and provided Defendant with a doctor's note and an actual photo of Plaintiff's counsel being treated that date at urgent care. Defendant does not dispute these facts.

Further, Plaintiff served discovery requests on defense counsel on April 27, 2026 (See Exhibit A to Heins Declaration) to which she has received no response. These responses are now overdue and Defendant has not requested an extension of time to respond.

Under these circumstances, Plaintiff requests that this Court deny Defendant's motion, ECF 20, and allow discovery to continue between the parties. No sanctions are appropriate and Plaintiff has established a reasonable basis for the delay in discovery responses.

Dated this 14th day of June, 2026.

HEINS EMPLOYMENT LAW PRACTICE LLC
Counsel for the Plaintiff


By: *s/ Janet L. Heins*

Janet L. Heins, State Bar No. 1000677

HEINS EMPLOYMENT LAW PRACTICE LLC
200 South Executive Drive, Suite 101
Brookfield, WI 53005
(262) 241-8444 voice
e-mail: jheins@heinslawoffice.com

2