UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

RUSSELL ALEXANDER

       Plaintiff,

     v.                                    Case No: 25-CV-1001

ATI LADISH LLC,
D/B/A ATI FORGED PRODUCTS

       Defendant.

## DECLARATION OF JANET L. HEINS

Pursuant to 28 U.S.C. § 1746, I hereby declare the following to be true under penalty of perjury:

1.    I am the sole member of Heins Employment Law Practice LLC, counsel for the Plaintiff in this matter.

2.    My poor physical health materially impairs my ability to represent Plaintiff in this matter, requiring me to withdraw as his counsel pursuant to Wisconsin SUPREME COURT RULE 20:1.16(a) (2).

3.    I have advised Plaintiff that I am filing this motion and I have requested that he immediately begin searching for new counsel to represent him in this matter.

Dated this 18th day of June, 2026.

                                        *s/ Janet L. Heins*

                                  Janet L Heins, WI Bar No. 1000677

HEINS EMPLOYMENT LAW PRACTICE LLC
200 South Executive Drive, Suite 101
Brookfield, WI  53005
(262) 241-8444 voice
e-mail: jheins@heinslawoffice.com