# COURT MINUTES OF STATUS HEARING

RUSSELL ALEXANDER,

v.                                          CASE NO. 25-CV-1001-JPS

ATI LADISH, LLC.

## HON. J. P. STADTMUELLER PRESIDING

DATE: July 17, 2026                    TIME SCHEDULED: 11:30 a.m.

COURT DEPUTY/CLERK: Caitlin Fernandez Zamora  TIME CALLED: 11:34 a.m.

COURT REPORTER: Jennifer Stake          TIME FINISHED: 11:48 a.m.

PLAINTIFF BY: Russell Alexander

DEFENDANT BY: Kristi Nelson Foy and Caitlin Doyle

Notes:

11:34  Case called; appearances, Plaintiff's counsel not present
11:34  Court puts background of the case on the record
11:35  Plaintiff discusses his experience with his counsel
11:35  Court inquires as to Plaintiff's knowledge of the notices for depositions
11:36  Plaintiff discusses his efforts to find an attorney
11:36  Court will provide Plaintiff until Friday, July 31, 2026 to obtain new counsel; failure to timely do so will result in dismissal of this case; instructs Plaintiff to get his files from his current counsel
11:37  Court discusses sanctions; inquires of Defense counsel related to payment of sanctions previously ordered
11:38  Defendant updates the Court as to the status of sanctions; intends to file for additional sanctions related to the missed depositions
11:41  Court directs the court reporter to prepare the transcript of this proceeding and file it in the other pending cases involving Plaintiff's counsel and with the Office of Lawyer Regulation
11:43  Plaintiff comments that he has been disappointed by his counsel's representation; requests additional time to find an attorney
11:44  Judge points Plaintiff to resources to finding an attorney; directs Plaintiff to send a letter explaining his efforts to obtain an attorney before the deadline if he cannot timely secure new counsel

11:45 Defendant notes for the record that there remain significant discovery issues in this case; requests that the Court confirm that the summary judgment deadline will be extended

11:46 Court notes that once Plaintiff obtains new counsel, Defendant's concerns will be addressed; indicates that the Court will hold an additional status conference with Plaintiff's new counsel once he obtains such counsel

11:48 Court stands in recess